AO91 (Rev. 8/01) Criminal Complaint

United States Magistrate Court
JSH - SDTX
FILED
DEC 29 2014   2C
David J. Bradley, Clerk
Laredo Division

# United States District Court

SOUTHERN    DISTRICT OF    TEXAS

Next A/S 1/14/15

UNITED STATES OF AMERICA
V.
Eddie Chadwick THORNE
Lindale, Texas

CRIMINAL COMPLAINT

Case Number: 5:14mj1599-1

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __December 23, 2014__ in __Laredo, Texas__ __Webb__ County, in the __Southern__ District of __Texas__, __Eddie Chadwick THORNE__ defendant(s),

did unlawfully conspire to transport Mexican aliens Elias MAYA-Arreguin and Noe LIRA-Becerra, along with ~~four (4)~~ 6 other undocumented aliens from Mexico by means of a motor vehicle within the Southern District of Texas, knowing or in reckless disregard of the fact that said undocumented aliens had come to, entered, or remained in the United States in violation of law, and transported or moved said undocumented aliens within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law.    BJM

in violation of Title __8__ United States Code, Section(s) __1324 (a) (1) (A) (ii)__

I further state that I am a(n) **Special Agent, Homeland Security Investigations** and that this complaint is based on the following facts:    Official Title

based on statements of the accused and records of the Immigration & Naturalization Service.

See Attachment "A"

Continued on the attached sheet and made a part of this complaint:    ☒ Yes    ☐ No

_____
Signature of Complainant

**Barbara McCarragher**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**December 29, 2014**                                at    Laredo, Texas
Date                                                       City and State

**Honorable J. Scott Hacker**
U.S. Magistrate Judge
Name and Title of Judicial Officer                          Signature of Judicial Officer

United States of America                                                                                  Page 2

     vs

Eddie Chadwick THORNE

[CONT OF BASIS OF COMPLAINT]

On December 23, 2014 at approximately 6:15pm, a Border Patrol Agent (BPA) assigned to the Laredo West U.S. Border Patrol checkpoint located on State Highway 83 northwest of Laredo, Texas conducted an immigration inspection of the driver of a white Freightliner semi-tractor displaying California License Plates (CALP) 9E62932, and hauling a white trailer displaying Nebraska License Plates (NELP) 205540. While the BPA was conducted an immigration inspection of the driver, later identified as Eddie Chadwick THORNE (DOB: 12/13/1968), a BPA K-9 handler assigned to the same commercial lane notified the primary BPA that his service K-9 alerted to the presence of contraband or concealed humans within THORNE's Semi-tractor. The BPA then instructed THORNE to drive to the secondary area for further inspection.

BPAs then conducted a further inspection of the tractor and trailer a total of eight (8) individuals were founded seated on the bed and in the closets within the sleeper compartment. BPAs conducted immigration inspections on the eight (8) occupants of the vehicle, and it was determined that all eight (8) had entered the United States illegally by wading across the Rio Grande River without being inspected and had no legal right to remain in the United States. All eight (8) of the subjects were citizens of Mexico.

HSI SAs conducted interviews of all subjects involved. At approximately 9::30pm, HSI agents read THORNE his Miranda Rights to which he freely waived and agreed to speak with HSI SAs.

During THORNE's interview, THORNE stated he was recruited to transport the undocumented aliens (UDAs) from Laredo, TX to San Antonio, TX for financial gain. THORNE stated he was going to be paid approximately two thousand dollars ($2,000.00 USD) to transport UDAs to San Antonio, Texas. THORNE stated he was instructed to drive to Laredo, TX and pick up an unknown amount of UDAs. THORNE stated once his tractor was loaded he was instructed to proceeded towards the State Highway 83 US Border Patrol Checkpoint. THORNE admitted that he knew he was hired to transport UDAs through the checkpoint but was unaware how many UDAs the ASO was going to load in his tractor.

HSI SAs interviewed the seven (7) adult UDAs and each stated that they were transported from various stash houses and by various individuals to an awaiting tractor trailer, noting that the tractor had been purposely left turned on with the engine running. The UDAs stated that once they were positioned in the sleeper compartment the curtain was closed and a few minutes later the truck began to move, and did not stop until reaching the US Border Patrol Checkpoint.

THORNE was arrested and charged with 8 USC 1324, Transporting Undocumented Aliens. Elias MAYA-Arreguin and Noe LIRA-Becerra were held as material witnesses.